UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE ROSTED, an individual,<br><br>                Plaintiff,<br>   v.<br><br>SCHINDLER ELEVATOR CORPORATION, a foreign profit corporation, AND "John Doe" Corporations 1–10, inclusive and all predecessors and successors of John Doe Corporations, 1–10 inclusive, statutory or otherwise including trustees of dissolved corporations,<br><br>                Defendants. | CASE NO. 2:23-cv-00521-TL<br><br>ORDER ON CONSOLIDATION |

This matter is before the Court on the Parties' Stipulated Motion to Consolidate Cases (Dkt. No. 13). Having reviewed the court file, the Court GRANTS the motion. The case *Charlotte Rosted v. Port of Seattle*, Cause No. 2:23-cv-00525-TL, is hereby CONSOLIDATED with *Charlotte Rosted v. Schindler Elevator Corporation*, Cause No. 2:23-cv-00521-TL.

ORDER ON CONSOLIDATION - 1

The Court further:

(1) ORDERS all future filings be made only in *Charlotte Rosted v. Schindler Elevator Corporation*, Cause No. 2:23-cv-00521-TL.

(2) DIRECTS the Clerk to file a copy of this Order in Cause No. 2:23-cv-00525-TL.

(3) DIRECTS the Clerk to administratively close the case *Charlotte Rosted v. Port of Seattle*, Cause No. 2:23-cv-00525-TL.

Dated this 18th day of May 2023.

Tana Lin
United States District Judge