1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE ROSTED, an individual,<br><br>                              Plaintiff(s),<br><br>      v.<br><br>SCHINDLER ELEVATOR<br>CORPORATION, a foreign profit<br>corporation, AND "John Doe" Corporations<br>1–10, inclusive and all predecessors and<br>successors of John Doe Corporations, 1–10<br>inclusive, statutory or otherwise including | CASE NO. 2:23-cv-00521-TL<br><br>ORDER SETTING JURY TRIAL<br>DATE AND RELATED DATES |

Having reviewed the Joint Status Report and Discovery Plan submitted by the parties (Dkt. No. 15), the Court hereby SETS this case for trial and ORDERS the following pretrial schedule:

| Event | Date |
|---|---|
| JURY TRIAL set for 9:00 A.M. ON | **9/16/2024** |
| Length of trial | 5 days |
| Deadline for joining additional parties | 8/11/2023 |

ORDER SETTING JURY TRIAL
DATE AND RELATED DATES - 1

| Deadline for filing amended pleadings | 9/8/2023 |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 2/16/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 3/15/2024 |
| All motions related to discovery must be filed by | 3/15/2024 |
| Discovery completed by | 4/16/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 5/16/2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 6/17/2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 7/17/2024 |
| All motions *in limine* must be filed by | 8/12/2024 |
| Agreed LCR 16.1 Pretrial Order due | 8/26/2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 8/30/2024 |
| Pretrial Conference scheduled for 1:00 p.m. on | 9/6/2024 |

All other dates are specified in the Local Civil Rules. With the exception of the deadlines described in Section II(G) of Judge Lin's Standing Order for All Civil Cases, the dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. Judge Lin will not decrease the amount of time between the dispositive motion or motion *in limine* deadlines and the trial date unless the parties set forth an extraordinary basis for doing so. Any changes in the dispositive motion or motion *in limine* deadlines will result in a change of the trial date. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must

ORDER SETTING JURY TRIAL
DATE AND RELATED DATES - 2

provide written notice to Courtroom Deputy Kadya Peter at Kadya_Peter@wawd.uscourts.gov within **ten (10) days** of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

### COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

### EXHIBITS

One hard copy and one electronic copy of the trial exhibits are to be delivered to Judge Lin's chambers **five (5) days** before the trial date. Each exhibit shall be clearly marked. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff(s)' exhibits shall be numbered consecutively beginning with P-1; defendant(s)'exhibits shall be numbered consecutively beginning with D-1. Joint exhibits shall be numbered consecutively beginning with J-1. Duplicate documents shall not be listed twice. Each exhibit shall be printed double-sided unless there is a specific need to not do so. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

### PRIVACY

Pursuant to LCR 5.2(a), parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed

ORDER SETTING JURY TRIAL
DATE AND RELATED DATES - 3

with the court or used as exhibits in any hearing or at trial, unless otherwise ordered by the court:

- Dates of Birth − redact to the year of birth, unless deceased.

- Names of Minor Children − redact to the initials, unless deceased or currently over the age of 18.

- Social Security or Taxpayer Identification Numbers − redact in their entirety.

- Financial Accounting Information − redact to the last four digits.

- Passport Numbers and Driver License Numbers − redact in their entirety.

  Parties in social security appeals and immigration cases shall comply with LCR 5.2(c).

## SETTLEMENT

If this case settles, counsel shall file a Notice of Settlement as soon as possible and in accordance with Judge Lin's Standing Order for All Civil Cases. Pursuant to LCR 11(b), an attorney who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 17th day of July 2023.

Tana Lin
United States District Judge

ORDER SETTING JURY TRIAL
DATE AND RELATED DATES - 4