HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHARLOTTE ROSTED, an individual,<br><br>          Plaintiff(s),<br> v.<br><br>SCHINDLER ELEVATOR CORPORATION, a foreign profit corporation, AND "John Doe" Corporations; PORT OF SEATTLE, a municipal corporation doing business in the State of Washington, 1 through 10 inclusive and all predecessors and successors of "John Doe" Corporation, 1 through 10 inclusive, statutory or otherwise including trustees of dissolved corporations,<br><br>          Defendant(s). | NO. 2:23-cv-00521-TL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I.  STIPULATION

Plaintiff Charlotte Rosted and Defendants Schindler Elevator Corporation and Port of Seattle, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted herein, or which could have been asserted herein by Plaintiff have been fully, finally and forever resolved and settled satisfactorily, and that the Complaint shall be dismissed with prejudice and without fees and costs to any party.

STIPULATION AND ORDER OF DISMISSAL - 1
10420-0038  5941516
NO. 2:23-cv-00521-TL

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this 20th day of October, 2023.

BECKER FRANKLIN ROVANG, PLLC

By _____
    John C. Kauffman, WSBA #46261
    Christopher Lund, WSBA #34151
Attorneys for Plaintiff Charlotte Rosted

PREG O'DONNELL & GILLETT PLLC

By /s/ Daniel Rankin
    Eric P. Gillett, WSBA #23691
    Daniel Rankin, WSBA #49673
Attorneys for Defendants Schindler Elevator Corporation and Port of Seattle

## II.  ORDER

Pursuant to the stipulation of the above parties and for good cause appearing herein, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice and without fees and costs to any party.

DATED this 20th day of October, 2023.

_____
Tana Lin
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2
10420-0038  5941516
NO. 2:23-cv-00521-TL

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113